IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| WEBB | 02-3896 |
| GLANZEL, et al. | 02-3917 |
| COSTA | 02-3950 |
| GAGNON | 02-3972 |
| MCKENZIE | 02-4171 |
| ZINGALE, et al. | 02-4179 |
| PEARSON, et al. | 02-4250 |
| CHRISTIANSON, et al. | 02-4287 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

**O R D E R**

**AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]  -  Order staying these proceedings pending disposition of a related action.

[   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[   ]  -  Interlocutory appeal filed.

[ X ]  -  Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**James McGirr Kelly, Judge**