IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT COSTA | : | |
| | : | |
| | : | CIVIL ACTION NO. 02-CV-3950 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                                 Aline Fairweather

_____      _____
Alison T. Conn                                     Kirstin J. Miller

Dated:  August 14, 2002             DECHERT PRICE & RHOADS
                                                   4000 Bell Atlantic Tower
                                                   1717 Arch Street
                                                   Philadelphia, PA  19103-2793
                                                   (215) 994-4000